**The Honorable Thomas T. Glover**

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| IN RE: LINDA MARIE BODEN Debtor<br><br>    Plaintiffs,<br><br>  vs.<br><br>    Defendants. | NO. 09-22675 TTG<br><br>NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE |

TO:   CLERK OF COURT AND ALL PARTIES IN INTEREST:

PLEASE TAKE NOTICE that Kyle D. Netterfield hereby appears in the above-entitled proceeding as attorney on behalf of FRANCIS E. STYREN AND FES DEVELOPMENT LLC, Creditor herein, with regard to these proceedings.

Pursuant to Federal Rules of Bankruptcy Procedure 2002, 3017, 4001, and 9007, the undersigned requests that an entry be made on the clerk's matrix in this case and that all notices given or required to be given, and all documents served or required to be served, in this case be given to and served on the undersigned at the following address:

    Kyle D. Netterfield
    ELLIS, LI & MCKINSTRY PLLC
    601 Union Street, Suite 4900
    Seattle, WA  98101-3906
    knetterfield@elmlaw.com

NOTICE OF APPEARANCE - 1

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Two Union Square
601 Union Street, Suite 4900
Seattle, WA  98101-3906
206•682•0565  Fax: 206•625•1052

*117545 11422.04

The foregoing request includes not only the notices and papers referred to in the rules specified above, but also includes, without limitation, all orders, notices, hearing dates, applications, motions, petitions, requests, complaints, demands, replies, answers, schedules of assets and liabilities, statements of affairs, operating reports, plans of reorganization, and disclosure statements, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, courier service, delivery, telephone, fax, e-mail, or otherwise, and whether directed to parties in interest, generally or specifically. This request applies to documents served both before and after the last date on which a proof of claim may be filed.

DATED this January 19, 2010

ELLIS, LI & McKINSTRY PLLC


By: ___s/ *Kyle Netterfield* _____
Kyle D. Netterfield  WSBA No. 27101
Attorneys for Creditor Styren

NOTICE OF APPEARANCE - 2

ELLIS, LI & MCKINSTRY PLLC
Attorneys at Law
Two Union Square
601 Union Street, Suite 4900
Seattle, WA 98101-3906
206•682•0565  Fax: 206•625•1052

*117545 11422.04