Thomas D. Neeleman, WSBA #33980        The Honorable Thomas Glover
1904 Wetmore Ave, Suite 200        Chapter 7 Proceeding
Everett, WA 98201

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

IN RE:                                     )
                                           )        Case No. 09-22675
LINDA BODEN,                               )
                                           )        RESPONSE TO MOTION FOR
                                           )        RELIEF FROM STAY BY
                                           )        JP MORGAN CHASE BANK
                                           )
_____            )

      **COMES NOW** the debtor, Linda Boden (hereinafter referred to as "Debtor"), by and

through the law firm of THOMAS D. NEELEMAN, ESQ., L.C., her Attorneys of Record,  and

pursuant to all applicable portions of United States Bankruptcy Code (U.S.C. Title 11) hereby

objects to the **MOTION FOR RELIEF FROM THE AUTOMATIC STAY** filed previously

by JP Morgan Chase Bank (hereinafter referred to as "Creditor").   The debtor bases this

objection on the following:

      1.     The debtor requires additional time in order to meet with Counsel regarding her

           options.

      2.     The debtor requests the stay remain in effect in order to allow the debtor time to

           meet with Counsel.

      3.     The debtor requests the hearing on this matter be continued to February 10, 2010.

WHEREFORE, the debtor requests this court deny the relief from stay.

DATED January 21, 2010

                         THOMAS D. NEELEMAN, ESQ., L.C.

               By:    /s/ Thomas D. Neeleman
                       Thomas D. Neeleman, WSBA, 33980
                       Attorneys for Debtor

1

2

3

4

5

6

7

8                          MAILING CERTIFICATE

9        I hereby certify that on January 20, 2010, a copy of this Response to the Motion for

10   Relief by JP Morgan Chase Bank was sent via ECF  to James Miersma

11

12                              /s/ Emilee Morzelewski

13

14

15

16

17

18

19

20

21

22

23

24

25

26

AFFIDAVIT OF NO RESPONSE - 1

27
                                              Thomas D. Neeleman
                                              1904 Wetmore Ave, Suite 200
28                                            Everett, WA 98201
                                              425-212-4800