ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE    (425) 458-2121
FACSIMILE    (425) 458-2131

Honorable Judge Thomas T. Glover
Chapter 7
Hearing Location: Marysville
Hearing Date: April 14, 2010
Hearing Time: 9:30 a.m.

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

In re:

LINDA MARIE BODEN,

                                                    Debtor.

**Chapter 7 Bankruptcy**

**No.: 09-22675-TTG**

**AGREED ORDER GRANTING RELIEF FROM STAY AS TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION, AS PURCHASER OF THE LOANS AND OTHER ASSETS OF WASHINGTON MUTUAL BANK, FORMERLY KNOWN AS WASHINGTON MUTUAL BANK, FA**

THIS MATTER came before the court upon JPMorgan Chase Bank, National Association, as purchaser of the loans and other assets of Washington Mutual Bank, formerly known as Washington Mutual Bank, FA's ("Creditor") motion for relief from stay. The Court considered the motion and any opposition thereto and the matters on record. It appears that the Creditor and the Chapter 7 Trustee have stipulated to relief from stay to allow enforcement of the deed of trust that is the subject of Creditor's motion and further as to the property located at 20226 S Danvers Rd, Lynnwood, WA ("Property") and legally described as set forth in the Deed of Trust attached to the motion for relief, in accordance with the terms below

IT IS THEREFORE ORDERED that pursuant to 11 U.S.C. § 362(d), the automatic stay is terminated **effective October 31, 2010** unless the trustee has provided to Creditor's attorney a signed purchase and sale agreement which would provided for payment in full to Creditor. If a signed agreement is provided to Creditor's attorney, the stay will be terminated thirty days after the date of the purchase and sale agreement unless the Chapter 7 Trustee has closed and funded the sale with payment in full to Creditor.

If a signed purchase and sale agreement is not provided or a closed and funded sale does not occur by the dates indicated herein Creditor, shall have relief from stay on the effective dates indicated so that it may pursue its state remedies to enforce its security interest in the Property and/or as to the enforcement of the deed of trust that is the subject of Creditor's motion.

IT IS FURTHER ORDERED that the terms of the Note and Deed of Trust shall control as to assessment of any reasonable fee associated with the Motion for Relief.

Agreed Order Granting Relief from Stay
Page - 1

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131

IT IS FURTHER ORDERED that the order shall be effective immediately notwithstanding the provisions of F.R.B.P. 4001(a)(3) and that the order shall be effective as to any chapter under which the present case may be converted absent further order of this court.

Dated this _____ day of _____, 2010.

_____   ____
Thomas T. Glover
United States Bankruptcy Judge
(Dated as of "Entered on Docket" date above)

Presented by:

_/s/ James K. Miersma_____
James K. Miersma, WSBA# 22062
Attorneys for Creditor


_/s/ Dennis Lee Burman_____
Dennis Lee Burman, WSBA #7875
Chapter 7 Trustee

Agreed Order Granting Relief from Stay
Page - 2

ROUTH CRABTREE OLSEN, P.S.
3535 FACTORIA BLVD. SE, SUITE 200
BELLEVUE, WA 98006
TELEPHONE (425) 458-2121 ◆ FACSIMILE (425) 458-2131